IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FINANCIAL FEDERAL CREDIT INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-1789 |
| | § | |
| JAMES HEATH BARNES, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The motion of Financial Federal Credit Inc. to continue the initial pretrial and scheduling conference is granted. The initial pretrial and scheduling conference is rescheduled to **January 28, 2011, at 8:45 a.m.** The joint discovery/case-management plan is to be filed by January 14, 2011.

SIGNED on October 13, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge